IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIO GAUSE | : | CIVIL ACTION |
| v. | : | |
| MS. FALON HAILE, et al. | : | NO. 12-1961 |

ORDER

AND NOW, this 23 day of April, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's claims against defendants Falon Haile, Robin Schwartz, Ricardo Jackson, William Stewart, and Salvatore Adamo are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons discussed in this Court's Memorandum.

3. Plaintiff's complaint is to be filed against the remaining defendants and summonses are to be issued.

4. The United States Marshal for the Eastern District of Pennsylvania shall serve the summonses and the complaint upon the remaining defendants at no cost to the plaintiff.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.